UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ERIC ROGERS, *an individual,*  CASE NO.: 1:25-cv-00161-ER

      Plaintiff,

vs.

42ND AND 10TH HOTEL, LLC.*, d/b/a YOTEL*
*NEW YORK TIMES SQUARE, A New York*
*limited liability company,*

      Defendant.

------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, ERIC ROGERS, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to Defendant, 42ND AND 10TH HOTEL, LLC d/b/a YOTEL NEW YORK TIMES SQUARE.

DATED this **13th** day of **February,** 2025.

      Respectfully Submitted,

      **LAW OFFICES OF NOLAN KLEIN, P.A.**
      *Attorneys for Plaintiff*
      5550 Glades Road, Ste. 500
      Boca Raton, FL 33431
      PH: (954) 745-0588

      By: */s/ Nolan Klein*
      NOLAN K. KLEIN, ESQ.
      Florida Bar No. 647977
      klein@nklegal.com
      amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using the Florida Courts E-Portal, this **13th** day of **February,** 2025.

      By: */s/ Nolan Klein*
      NOLAN KLEIN, ESQ.
      Florida Bar No. 647977